435 A.2d 915

Commonwealth v. Rhodes, Appellant.

Submitted December 5, 1980. Donald G. Joel, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 916

Commonwealth v. Schmoyer, Appellant.

Argued September 8, 1980. James L. Heidecker, Jr., for appellant; Michael Moyer, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.